

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of BURCH CONSTRUCTION COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAUER, INC., a Pennsylvania corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO: 5:18-cv-01579-EJD<br><br>(RELATED CASE NOS.: 16-cv-03674-EJD; 17-cv-02608-EJD; 17-cv-04568-EJD; 17-cv-07116-EJD; 18-cv-00612-EJD)<br><br>STIPULATION OF DISMISSAL<br><br>District Judge:<br>Hon. Edward J. Davila, Courtroom 4<br><br>Complaint Filed: March 13, 2018<br>Trial Date: Not Set |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: October __, 2018

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: _____
P. RANDOLPH FINCH JR.
ANDREA L. PETRAY
CHRISTOPHER D. F. FOSTER
Attorneys for Defendant Sauer Incorporated, erroneously sued as Sauer, Inc., and Federal Insurance Company
Email: pfinch@ftblaw.com
  apetray@ftblaw.com
  cfoster@ftblaw.com

Approved by:

_____
Sauer Incorporated

_____
Federal Insurance Company

DATE: October __, 2018

FLAHERTY & FLAHERTY

By: _____
JAMES H. FLAHERTY, JR.
DOUGLAS P. FLAHERTY
Attorneys for Plaintiff Burch Construction Company, Inc.
Email: jim@flahertyandflaherty.com
  doug@flahertyandflaherty.com

Approved by:

_____
Burch Construction Company, Inc.

IT IS HEREBY STIPULATED by and among the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: October __, 2018

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: _____
P. RANDOLPH FINCH JR.
ANDREA L. PETRAY
CHRISTOPHER D. F. FOSTER
Attorneys for Defendant Sauer Incorporated, erroneously sued as Sauer, Inc., and Federal Insurance Company
Email: pfinch@ftblaw.com
apetray@ftblaw.com
cfoster@ftblaw.com

Approved by:

_____
Sauer Incorporated

_____
Federal Insurance Company

DATE: October __, 2018

FLAHERTY & FLAHERTY

By: _____
JAMES H. FLAHERTY, JR.
DOUGLAS P. FLAHERTY
Attorneys for Plaintiff Burch Construction Company, Inc.
Email: jim@flahertyandflaherty.com
doug@flahertyandflaherty.com

Approved by:

_____
Burch Construction Company, Inc.

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and among the parties to this action |
| 2 | through their designated counsel that the above-captioned action be and hereby is |
| 3 | dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil |
| 4 | Procedure. |
| 5 | IT IS SO STIPULATED. |

DATE: October ___, 2018      Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP


By: _____
      P. RANDOLPH FINCH JR.
      ANDREA L. PETRAY
      CHRISTOPHER D. F. FOSTER
Attorneys for Defendant Sauer Incorporated,
erroneously sued as Sauer, Inc., and Federal
Insurance Company
Email: pfinch@ftblaw.com
            apetray@ftblaw.com
            cfoster@ftblaw.com

Approved by:

_____
Sauer Incorporated



_____
Federal Insurance Company

DATE: October 18, 2018      FLAHERTY & FLAHERTY


By: _____
      JAMES H. FLAHERTY, JR.
      DOUGLAS P. FLAHERTY
Attorneys for Plaintiff Burch Construction
Company, Inc.
Email: jim@flahertyandflaherty.com
            doug@flahertyandflaherty.com

Approved by:

_____
Burch Construction Company, Inc.

2

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and among the parties to this action |
| 2 | through their designated counsel that the above-captioned action be and hereby is |
| 3 | dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil |
| 4 | Procedure. |
| 5 | IT IS SO STIPULATED. |

DATE: October __, 2018

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: _____
P. RANDOLPH FINCH JR.
ANDREA L. PETRAY
CHRISTOPHER D. F. FOSTER
Attorneys for Defendant Sauer Incorporated, erroneously sued as Sauer, Inc., and Federal Insurance Company
Email: pfinch@ftblaw.com
apetray@ftblaw.com
cfoster@ftblaw.com

Approved by:

_____
Sauer Incorporated

_____
Federal Insurance Company

DATE: October __, 2018

FLAHERTY & FLAHERTY

By:_____
JAMES H. FLAHERTY, JR.
DOUGLAS P. FLAHERTY
Attorneys for Plaintiff Burch Construction Company, Inc.
Email: jim@flahertyandflaherty.com
doug@flahertyandflaherty.com

Approved by:
*Mitch Burch* PRESIDENT
Burch Construction Company, Inc.

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 30th day of October 2018, and is available for viewing and downloading to the ECF register counsel of record:

Via Electronic Service/ECF

| | |
|---|---|
| James H. Flaherty, Jr. Esq.<br>Douglas P. Flaherty, Esq.<br>Flaherty & Flaherty<br>402 West Broadway, Suite 800<br>San Diego, California 92101 -8506<br>Telephone: (619)230-8600<br>Facsimile: (619)102-5160<br>Email: jim@flahertyandflaherty.com<br>      doug@flahertyandflaherty.com | ATTORNEYS FOR PLAINTIFF<br>BURCH CONSTRUCTION<br>COMPANY, INC. |
| DATE: October 30, 2018 | Respectfully submitted,<br><br>FINCH, THORNTON & BAIRD, LLP<br><br><br>By:   /s/ Andrea L. Petray<br>     P. RANDOLPH FINCH JR.<br>     ANDREA L. PETRAY<br>     CHRISTOPHER D. F. FOSTER<br>Attorneys for Defendant Sauer Incorporated, erroneously sued as Sauer, Inc., and Federal Insurance Company<br>Email: pfinch@ftblaw.com<br>      apetray@ftblaw.com<br>      cfoster@ftblaw.com |